```
 1  CHRISTOPHER E. SEYMOUR  126330
    KIMBLE, MacMICHAEL & UPTON
 2  A Professional Corporation
    5260 North Palm, Suite 221
 3  Post Office Box 9489
    Fresno, California  93792-9489
 4  Telephone:  (559) 435-5500
    Facsimile:   (559) 435-1500
 5
    Attorneys for Plaintiff GREG BRAUN CHAPTER 11
 6  TRUSTEE OF AND PLAN AGENT FOR COAST GRAIN COMPANY

 7
                       IN THE UNITED STATES DISTRICT COURT
 8
                  EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)
 9
                                      *   *   *
10
    GREG BRAUN, PLAN AGENT FOR COAST )   Case No.  F-03-6694 OWW LJO
11  GRAIN COMPANY, a California      )
    corporation,                     )
12                                   )
              Plaintiff,             )   SUBSTITUTION OF ATTORNEY
13                                   )
         vs.                         )
14                                   )
    THE BURLINGTON NORTHERN AND SANTA)
15  FE RAILROAD COMPANY, Delaware    )
    corporation,                     )
16                                   )
              Defendant.             )
17                                   )
                                     )
18  _____)

19

20       Plaintiff  GREG  BRAUN,  PLAN  AGENT  FOR  COAST  GRAIN

21  COMPANY, a California corporation, hereby substitutes

22
    Robert H. Scribner, Esq.  58260
23  Kimble, MacMichael & Upton
    5260 N. Palm Avenue, Ste. 221
24  Fresno, California  93704

25  Telephone:       (559) 435-5500
    Facsimile:       (559) 435-1500
26

27  \\

28  \\
```

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1

Substitution of Attorney

PDF created with pdfFactory trial version www.pdffactory.com

1  as its attorney of record in place of Robert H. Scribner,
2  Fitzgerald, Abbott & Beardsley.
3
4  Dated as of August 1, 2005
5
6                                           /s/ Greg Braun (original
                                             signature is on file
7                                            GREG BRAUN, PLAN AGENT FOR
                                             COAST GRAIN COMPANY, a
8                                            California corporation,
9
           We consent to the above substitution.
10
11 Dated as of July 29, 2005          FITZGERALD, ABBOTT &
                                      BEARDSLEY
12                                    A Professional Corporation
13
                                      By:  /s/ Robert H. Scribner
14                                         Robert H. Scribner
15         We accept the above substitution.
16
   Dated as of August 1, 2005         KIMBLE, MacMICHAEL & UPTON
17                                    A Professional Corporation
18
                                      By:  /s/ Robert H. Scribner
19                                         Robert H. Scribner
20
21         IT IS SO ORDERED.
22 Dated: August 2, 2005         /s/ OLIVER W. WANGER
                                     United States District Judge
23
24
25
26
27
28

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2

Substitution of Attorney

PDF created with pdfFactory trial version www.pdffactory.com