ROBERT H. SCRIBNER #58260
CHRISTOPHER E. SEYMOUR  #126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500

Attorneys for Plaintiff Greg Braun
Trustee of and Plan Agent for Coast Grain Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| GREG BRAUN, PLAN AGENT FOR COAST GRAIN COMPANY, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>BURLINGTON NORTHERN and SANTA FE RAILWAY COMPANY, a Delaware Corporation<br><br>Defendant. | Case No.: **F-03-6694- OWW LJO**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON BNSF'S MOTION FOR SUMMARY ADJUDICATION** |

WHEREAS, Plaintiff and Defendant have reached an agreement to settle this matter, which agreement needs to be documented;

IT IS HEREBY STIPULATED by and between the parties that the hearing on BNSF's motion for summary adjudication, currently set for October 17, 2005 be continued to October 31, 2005, at 10:00 a.m.

Dated: September _29__, 2005.          KIMBLE, MacMICHAEL & UPTON

                              By:_/s/ Christopher E. Seymour
                                  Christopher E. Seymour
                                  Counsel for Plaintiff Greg Braun Chapter 11 Trustee of and Plan Agent for Coast Grain Company

SIGNATURES CONTINUED

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1
**STIPULATION FOR CONTINUANCE**

PDF created with pdfFactory trial version www.pdffactory.com

1    Dated: September _30__, 2005.    HILL, FARRER & BURRILL LLP

By:_/s/ Daniel J. McCarthy
    Daniel J. McCarthy
    Counsel for Defendant and Counterclaimant
    Burlington Northern and Santa Fe Railway
    Company

## ORDER

IT IS SO ORDERED that the hearing on BNSF's motion for summary adjudication, currently set for October 17, 2005, be continued to October 31, 2005, at 10:00 a.m. in Courtroom No. 2. The time for filing opposition and reply briefs shall be computed based on the continued hearing date.

Dated: __October 4, 2005      /s/ OLIVER W. WANGER_____
    Honorable Oliver W. Wanger
    United States District Court Judge

1000706\CES\stp to continue 10905

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
**STIPULATION FOR CONTINUANCE**

PDF created with pdfFactory trial version www.pdffactory.com