UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREG BRAUN, etc., | ) | |
| | ) | |
| Appellant, | ) | 1:03-cv-6694 OWW LJO |
| v. | ) | |
| BURLINGTON NORTHERN, etc., | ) | ORDER DISMISSING ACTION |
| | ) | WITH PREJUDICE |
| Defendant | ) | |

Pursuant to the stipulation of the parties, the matter is ordered dismissed with prejudice and the motion for summary judgment scheduled for October 31, 2005 is off calendar.

Dated: 10/26/05

_/s/Oliver W. Wanger
OLIVER W. WANGER
United States District Judge

1